IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Travis Paul Grant, et al.,<br><br>　　　　　　Defendants. | No.  CV-20-02045-PHX-SPL<br><br>**ORDER** |

On October 23, 2020, Defendant removed this action to federal court (Doc. 1). Attached to the Notice of Removal are state court documents, including a Motion for Preliminary Injunction (Doc. 1-1).  No such motion, however, is pending on this Court's docket.  Plaintiff is advised that this Court will not consider or take any action with regard to a request for an injunction unless a motion for such relief is filed with the Clerk of Court in accordance with Rule 65 of the Federal Rules of Civil Procedure 65. *See* LRCiv 65.1.

Dated this 26th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge